IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JULIET KELLER-MILLER,<br><br>　　　　　*Plaintiff*,<br><br>　　v.<br><br>COCA-COLA BOTTLING CO., *et al.*<br><br>　　　　　*Defendants*. | CIVIL ACTION<br>NO. 16-03018 |

**PAPPERT, J.**　　　　　　　　　　　　　　　　　　　　　　　　　　**OCTOBER 7, 2016**

## ORDER

**AND NOW**, this 7th day of October, 2016, upon consideration of Defendants' Motion to Transfer Venue (ECF No. 32) and Plaintiff's Response in Opposition (ECF No. 34), it is hereby **ORDERED** that the motion is **DENIED**.

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　　　　　 */s/ Gerald J. Pappert*

　　　　　　　　　　　　　　　　　　　　　　　GERALD J. PAPPERT, J.